**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO.  3:97CR22**


| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| ) | |
| **Vs.**  ) | **O R D E R** |
| ) | |
| ) | |
| **IVEY WALKER**  ) | |
| ) | |

**THIS MATTER** is before the Court pursuant to remand from the

Fourth Circuit Court of Appeals for reimposition of Defendant's sentence of

life imprisonment as to Count Four of the indictment.  ***See United States v.***

***Ivey Walker*, 2008 WL 4772192, at \*4 (4th Cir. 2008).**

Pursuant to the Fourth Circuit's *vacatur* and remand,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court amend the

Court's Amended Judgment filed August 17, 2006, as to the Defendant's

term of imprisonment as to Count Four as follows:

> The Defendant is hereby committed to the custody of the
> United States Bureau of Prisons to be imprisoned for a term of
> life as to Ct. Four and a term of 240 months imprisonment on
> Ct. 5, to be served concurrently.

**IT IS FURTHER ORDERED** that the remaining terms and conditions

of the Court's Amended Judgment filed August 17, 2006, are unchanged

and remain in full force and effect.

Signed: December 30, 2008

Lacy H. Thornburg
United States District Judge